**March 28, 2013**

| | | |
|---|---|---|
| CAAP– 10–00 00181 | Marn Family Litigation, In re | Dismissed |
| CAAP– 12–00 00112 | State v. Malinay | Affirmed |
| CAAP– 11–00 00736 | State v. Ohashi | Affirmed |
| CAAP– 12–00 00548 | State v. Speer | Affirmed |
| CAAP– 10–00 00109 | State v. Villiarimo | Affirmed |
| CAAP– 12–00 00089 | Wells Fargo Bank, N.A. v. Hensley | Affirmed |